No. 606. PANHANDLE EASTERN PIPE LINE CO. *v.* MICHIGAN CONSOLIDATED GAS CO. C. A. 6th Cir. Certiorari denied. *William E. Miller* for petitioner. *Clifton G. Dyer* for respondent.

No. 620. DELAWARE & HUDSON CO. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. C. A. 2d Cir. Certiorari denied. *Frederick H. Wiggin* for petitioner. *William T. Griffin* and *Herbert Burstein* for the New York, New Haven & Hartford Railroad Co., and *Edward K. Hanlon* for the Connecticut Railway & Lighting Co., respondents.

No. 629. BLACKBURN *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Crampton Harris, Pat Whitaker* and *Tom Whitaker* for petitioner.

No. 633. SEARS, ROEBUCK & CO. *v.* RY-LOCK CO., LTD. C. A. 9th Cir. Certiorari denied. *Frank E. Liverance, Jr.* for petitioner.

No. 637. MYERS *v.* HOLLISTER, DIRECTOR, INTERNATIONAL COOPERATION ADMINISTRATION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles F. O'Neall* and *Francis C. Brooke* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger* and *Melvin Richter* for respondents. *Ralph B. Gregg* filed a brief for the American Legion, as *amicus curiae,* urging that the petition be granted.

No. 638. AVCO MANUFACTURING CORP. ET AL. *v.* HAZELTINE RESEARCH, INC. C. A. 7th Cir. Certiorari denied. *Floyd H. Crews, Charles M. Hogan* and *Morris Relson* for